```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 12744
    WILLIE L THOMPSON
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
           Debtor
    SSN XXX-XX-0391

------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 10/06/2006 and was confirmed 01/04/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  38.00%.

     The case was dismissed after confirmation 10/09/2008.
------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------
BANK FINANCIAL              CURRENT MORTG         .00            .00           .00
BANK FINANCIAL              CURRENT MORTG         .00            .00           .00
CHASE MANHATTAN MORTGAGE    CURRENT MORTG         .00            .00           .00
CHASE MANHATTAN MORTGAGE    MORTGAGE ARRE    19150.00        1763.92      11159.26
HARVEY WATER DEPT           SECURED            175.00            .00         52.56
COOK COUNTY TREASURER       SECURED           2000.00            .00        761.98
COOK COUNTY TREASURER       SECURED           3200.00            .00       1219.20
COOK COUNTY TREASURER       SECURED           6000.00            .00       2286.15
COOK COUNTY TREASURER       SECURED           1600.00            .00        597.71
COOK COUNTY TREASURER       SECURED            270.00            .00         96.06
COUNTRYWIDE HOME LOANS      CURRENT MORTG         .00            .00           .00
CITY OF CHICAGO WATER DE    SECURED            308.37            .00        107.94
CITY OF CHICAGO WATER DE    UNSECURED       NOT FILED           .00           .00
VILLAGE OF DOLTON           SECURED            300.00            .00         95.15
VILLAGE OF RIVERDALE        SECURED           3000.00            .00       1143.07
CITY OF CHICAGO WATER DE    UNSECURED       NOT FILED           .00           .00
VILLAGE OF DOLTON           SECURED            900.00            .00        285.00
VILLAGE OF DOLTON           SECURED            300.00            .00         95.15
VILLAGE OF DOLTON           UNSECURED       NOT FILED           .00           .00
GREEN TREE SERVICING LLC    CURRENT MORTG         .00            .00           .00
GREEN TREE SERVICING LLC    UNSECURED       NOT FILED           .00           .00
GREEN TREE SERVICING LLC    CURRENT MORTG         .00            .00           .00
GREEN TREE SERVICING LLC    CURRENT MORTG         .00            .00           .00
GREEN TREE SERVICING LLC    UNSECURED       NOT FILED           .00           .00
GREEN TREE SERVICING LLC    CURRENT MORTG         .00            .00           .00
GREEN TREE SERVICING LLC    CURRENT MORTG         .00            .00           .00
GREEN TREE SERVICING LLC    UNSECURED       NOT FILED           .00           .00
HARRIS NA                   CURRENT MORTG         .00            .00           .00
HARRIS BANK                 UNSECURED       NOT FILED           .00           .00
HOMECOMINGS FINANCIAL       CURRENT MORTG         .00            .00           .00
IJOY                        SECURED           2000.00          84.23        304.40
IJOY                        UNSECURED       NOT FILED           .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 12744 WILLIE L THOMPSON
```

```
VILLAGE OF RIVERDALE      SECURED           500.00            .00         174.93
VILLAGE OF RIVERDALE      UNSECURED      NOT FILED            .00            .00
WELLS FARGO BANK          CURRENT MORTG       .00             .00            .00
AFNI-BLOOM                UNSECURED      NOT FILED            .00            .00
ALARMEX SECURITY          UNSECURED      NOT FILED            .00            .00
AOL                       UNSECURED      NOT FILED            .00            .00
ASPIRE VISA               UNSECURED      NOT FILED            .00            .00
BANK ONE                  UNSECURED      NOT FILED            .00            .00
BUDS AMBULANCE SERVICE    UNSECURED         723.00            .00            .00
CR SYSTEM INTR            UNSECURED      NOT FILED            .00            .00
CAPITAL ONE BANK          UNSECURED      NOT FILED            .00            .00
CAVALRY PORTFOLIO SERVIC  UNSECURED        2176.92            .00            .00
CAVALRY PORTFOLIO SERVIC  UNSECURED      NOT FILED            .00            .00
CCA/CREDITPAC             UNSECURED      NOT FILED            .00            .00
CFC FINANCIAL LLC         UNSECURED      NOT FILED            .00            .00
AT & T WIRELESS           UNSECURED      NOT FILED            .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED         825.32            .00            .00
CITY OF CHICAGO DEPT OF   UNSECURED      NOT FILED            .00            .00
CLARK                     UNSECURED      NOT FILED            .00            .00
COLLECTION COMPANY OF AM  UNSECURED      NOT FILED            .00            .00
COMCAST                   UNSECURED      NOT FILED            .00            .00
COMMONWEALTH EDISON       UNSECURED      NOT FILED            .00            .00
CREDIT SYSTEM INC         UNSECURED      NOT FILED            .00            .00
DEPT OF TREASURY          UNSECURED      NOT FILED            .00            .00
DEPT OF TREASURY          UNSECURED      NOT FILED            .00            .00
DIRECT MERCHANTS BANK     UNSECURED      NOT FILED            .00            .00
DISCOVER CARD             UNSECURED      NOT FILED            .00            .00
EXCEL TELECOMMUNICATIONS  UNSECURED      NOT FILED            .00            .00
HOME DEPOT                UNSECURED      NOT FILED            .00            .00
HSBC CARD SERVICES        UNSECURED      NOT FILED            .00            .00
HOUSEHOLD BANK            UNSECURED      NOT FILED            .00            .00
ILLINOIS COLLECTION SYST  UNSECURED      NOT FILED            .00            .00
ILLINOIS STATE HIGHWAY A  UNSECURED        1428.10            .00            .00
MARLINIT FINANCIAL SYSTE  UNSECURED      NOT FILED            .00            .00
MBNA AMERICA              UNSECURED      NOT FILED            .00            .00
NATIONAL CAPITAL MANAGEM  UNSECURED        1005.67            .00            .00
MUTUAL HOSPITAL SVC INC   UNSECURED      NOT FILED            .00            .00
MUTUAL HOSPITAL SVC INC   UNSECURED         532.06            .00            .00
NICOR GAS                 UNSECURED      NOT FILED            .00            .00
NORTHLAND GROUP INC       UNSECURED      NOT FILED            .00            .00
OAK FOREST HOSPITAL       UNSECURED      NOT FILED            .00            .00
OAK FOREST HOSPITAL       UNSECURED      NOT FILED            .00            .00
COMMONWEALTH EDISON       UNSECURED      NOT FILED            .00            .00
PROFESSIONAL ED INSTITUT  UNSECURED      NOT FILED            .00            .00
RICHARD P KOMYATTE & ASS  UNSECURED      NOT FILED            .00            .00
RIDDLE & ASSOCIATES       UNSECURED      NOT FILED            .00            .00
ST MARGARET MERCY         UNSECURED      NOT FILED            .00            .00
SBC ILLINOIS              UNSECURED         158.08            .00            .00
ILLINOIS SECRETARY OF ST  UNSECURED      NOT FILED            .00            .00
```

PAGE  2 - CONTINUED ON NEXT PAGE
CASE NO. 06 B 12744 WILLIE L THOMPSON

```
SENTRY CREDIT INC          UNSECURED       NOT FILED              .00             .00
SOCIAL SECURITY ADMINIST   UNSECURED       NOT FILED              .00             .00
ST FRANCIS HOSPITAL        UNSECURED       NOT FILED              .00             .00
ST FRANCIS HOSPITAL        UNSECURED        3779.41               .00             .00
THD/CBUSA                  UNSECURED       NOT FILED              .00             .00
TRU GREEN CHEMLAWN         UNSECURED       NOT FILED              .00             .00
VERIZON WIRELESS           UNSECURED       NOT FILED              .00             .00
VILLAGE OF DOLTON          UNSECURED       NOT FILED              .00             .00
VILLAGE OF RIVERDALE       UNSECURED       NOT FILED              .00             .00
WASHINGTON MUTUAL CARD S   UNSECURED       NOT FILED              .00             .00
HOMECOMINGS FINANCIAL      MORTGAGE ARRE    639.69                .00          639.69
COUNTRYWIDE HOME LOANS     SECURED NOT I        .00               .00             .00
GREEN TREE SERVICING LLC   MORTGAGE ARRE    474.34                .00          474.34
GREEN TREE SERVICING LLC   MORTGAGE ARRE    626.14                .00          626.14
GREEN TREE SERVICING LLC   MORTGAGE ARRE    620.14                .00          620.14
GREEN TREE SERVICING LLC   MORTGAGE ARRE    380.96                .00          380.96
GREEN TREE SERVICING LLC   MORTGAGE ARRE    300.00                .00             .00
HARRIS NA                  MORTGAGE ARRE   1277.62                .00          799.97
RESURGENT CAPITAL SERVIC   UNSECURED        3926.86               .00             .00
WELLS FARGO BANK           MORTGAGE ARRE   1899.89                .00         1899.89
JP MORGAN CHASE BANK NA    NOTICE ONLY     NOT FILED              .00             .00
ILLINOIS DEPT OF REV       UNSECURED            .00               .00             .00
COOK COUNTY TREASURER      UNSECURED       NOT FILED              .00             .00
CITY OF CHICAGO WATER DE   UNSECURED       NOT FILED              .00             .00
ALL STATE                  UNSECURED       NOT FILED              .00             .00
CITY OF CHICAGO WATER DE   UNSECURED       NOT FILED              .00             .00
VILLAGE OF DOLTON          UNSECURED       NOT FILED              .00             .00
CITY OF CHICAGO DEPT REV   UNSECURED       NOT FILED              .00             .00
EASTERN SAVINGS BANK       SECURED NOT I        .00               .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     1,954.00                            1,954.00
TOM VAUGHN                 TRUSTEE                                             1,925.38
DEBTOR REFUND              REFUND                                                291.03

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                     RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE             29,838.25

PRIORITY                                         .00
SECURED                                    23,819.69
     INTEREST                               1,848.15
UNSECURED                                        .00
ADMINISTRATIVE                              1,954.00
TRUSTEE COMPENSATION                        1,925.38
DEBTOR REFUND                                 291.03
                    ---------------       ---------------
TOTALS              29,838.25              29,838.25
```

            PAGE  3 - CONTINUED ON NEXT PAGE
      CASE NO. 06 B 12744 WILLIE L THOMPSON

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 01/27/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```